UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERA LENA PESKAN,

    Plaintiff,

v.                                              Case No. 8:08-cv-60-T-24 EAJ

BETTY DUGAN, ET AL.,

    Defendants.
_____/

**ORDER**

        This cause comes before the Court on more "complaints" filed in this case. Again, despite this Court's orders, Peskan and her purported additional plaintiffs refuse to comply with this Court's orders that there be one, and only one, complaint filed in this case, signed by all purported plaintiffs. As a result, the Clerk is directed to strike the two "amended complaints" (Doc. No. 30, 32) filed in this case on April 8, 2008.

        Additionally, Peskan filed a motion for the undersigned to recuse herself. (Doc. No. 31). Having found no basis in the motion for recusal, the Court denies the motion.

        Peskan also filed a motion to extend time to serve Defendants. (Doc. No. 34). However, the motion is based on an a process server refusing to serve unidentified defendants. Such is not a basis for an extension of time. As such, the motion is denied.

        Because it appears that Peskan and her purported additional plaintiffs do not understand (or perhaps willfully refuse to comply with) this Court's orders, the Court will hold a hearing in this case on **Friday, April 25, 2008 at 2:00 p.m.** before the Honorable Susan C. Bucklew in Courtroom 14A of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Avenue, Tampa, Florida 33602. If Peskan fails to appear, the Court will dismiss this case without

prejudice without further notice. Peskan is directed to inform the other purported plaintiffs of the hearing and to give them a copy of this order directing them to attend also. Finally, Peskan and the other plaintiffs are directed to immediately stop filing documents in this case until after the hearing on April 25, 2008 - all filings before April 25, 2008 will be stricken.

Additionally, the Court notes that there have been complaints from the Clerk's office that Peskan has been harassing and disruptive to Clerk's office staff. Such behavior will not be tolerated and could result in sanctions, including dismissal of this case.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of April, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiffs